## Case No. 15,087.

UNITED STATES v. FENWICK.

[5 Cranch, C. C. 562.] [1]

Circuit Court, District of Columbia. May Term, 1839.

CRIMINAL PROCEDURE—INSTRUCTIONS—SUFFICIENCY OF EVIDENCE.

It is error in a judge to instruct the jury that the evidence is sufficient to convict the defendant. The sufficiency is to be decided by the jury.

[Cited in Stettinius v. U. S., Case No. 13,-387; U. S. v. Taylor, 11 Fed. 473.]

[Cited in Territory v. Kee (N. M.) 25 Pac. 926.]

Error to the criminal court for Alexandria county, in a prosecution for perjury.

The judge had instructed the jury that the evidence was sufficient to convict the defendant [Francis Fenwick], who objected to the instruction, and took his bill of exceptions.

---

[1] [Reported by Hon. William Cranch, Chief Judge.]

---

(Case No. 15,088) U. S. v. FIDELITER

THE COURT (THRUSTON, Circuit Judge, absent) was of opinion that the judge should not have instructed the jury that the evidence was sufficient; that question is for the jury.

Judgment reversed, and venire de novo to be awarded.